COMMISSIONERS OF UNION *v.* CAROLINA CENTRAL RAILROAD CO.

or assented to it; nor does it appear that the goods were sent to or received by him. His affidavit negatives every allegation of fraud on his part and the counter-affidavit of the plaintiff does not contradict it.

His Honor did not err in vacating the order of arrest as to the defendant J. A. Haynes.

PER CURIAM.                          Judgment affirmed.

COMMISSIONERS OF UNION COUNTY v. THE CAROLINA
CENTRAL RAILWAY COMPANY.

*Township Trustees — Assessment of Taxes.*

Where the Board of Trustees of a Township meet the County Commissioners in joint session, at the request of the party interested, and assess property for taxation and make a verbal report of the same to the Commissioners : *Held,* that the assessment was properly made.

APPEAL from an Order confirming the decision of the Board of Commissioners of UNION County, made at Fall Term, 1876, of the Superior Court of said county, by *Buxton, J.*

The question presented for the decision of this Court is sufficiently stated in its opinion.

*Messrs. Merrimon, Fuller & Ashe,* for the plaintiff.
*Mr. Robert Strange,* for the defendant.

FAIRCLOTH, J. The defendant having failed to list its property, as required by law, for taxation, through its Attorney requested the several Township Boards, through which the road passed, and the Board of Commissioners to

convene in joint session to hear said Attorney, and after doing so, the Township Boards made their assessments in presence of the Board of Commissioners, which assessments was at once entered on the records of the said Board of Commissioners. The defendant appealed, on the ground that the Township Boards made their reports to the Commissioners *verbally* and not in *writing.* His Honor overruled the objection, and in effect, as we understand it, decided that the assessments were properly made or at least were sufficient.

Under the circumstances we see no objection to the decision of His Honor, and it is affirmed, and the plaintiff will recover costs in this Court.

PER CURIAM.                                Judgment affirmed.